FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) 3:11-CR-138-HDM (WGC)
BEN JASE MCCULLEY, )
Defendant. )

**FINAL ORDER OF FORFEITURE**

On February 17, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant BEN JASE MCCULLEY to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BEN JASE MCCULLEY pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 23, 2012, through March 23, 2012, notifying all known third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 28.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
7   853(n)(7) and shall be disposed of according to law:

8       1.    One Compaq Laptop Computer, Serial No. CND6091ZM8;
9       2.    Dell Computer Tower, Model DCMF, Serial No. 16WKRF1;
10      3.    Maxtor 160 Gigabyte Hard Drive, Serial No. Y449M59E;
11      4.    IBM Deskstar 20.5 Gigabyte Hard Drive, Serial No. JMFZ230Z;
12      5.    IBM 8.4 Gigabyte Hard Drive, Serial No. WE0F6735;
13      6.    IBM Deskstar Hard Drive, Serial No. SX3D9067;
14      7.    Seagate Freeagent 1.5 Terabyte Hard Drive, Serial No. 2GET6E0X;
15      8.    Gray Compaq Tower, Serial No. 6JZAKH34X00Z;
16      9.    Green Cyber Power Tower, Serial No. 032007807; and
17      10.    any book, magazine, periodical, film, videotape, or other matter which
18  contains any such visual depiction, which was produced, transported, mailed,
19  shipped, or received in violation of Title 18, United States Code, Section
20  2252A(a)(5)(B).

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
22  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
23  as any income derived as a result of the United States of America's management of any property
24  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
25  according to law.
26  . . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this ___8th___ day of ___August___, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE