UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:11-cr-00138-HDM-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BEN JASE MCCULLEY, | |
| Defendant. | |

On February 10, 2022, the court directed the government to file a response to the defendant's motion to modify his term of supervised release on or before February 22, 2022. No response has been filed. Accordingly, unless the government files a response on or before March 8, 2022, the court will conclude the government has no opposition to the defendant's motion and the reduction of the defendant's supervised release term to 15 years.

IT IS SO ORDERED.

DATED: This 1st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE