UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>     v.<br><br>BEN JASE MCCULLEY,<br><br>               Defendant. | Case No. 3:11-cr-00138-HDM-WGC<br><br>ORDER |

In 2012, the defendant, Ben Jase McCulley, was sentenced to 72 months' imprisonment and a lifetime term of supervised release for the crime of receipt of child pornography. (ECF No. 38). Upon the defendant's release from custody on or about December 29, 2016, supervised release commenced. Since that time, he has been fully compliant on supervision and has had no violations. With the support of the Probation Department and without objection from the government (ECF No. 43), the defendant now moves the court to reduce his term of supervised release from life to fifteen years. (ECF No. 40).

At any time after one year of supervised release has expired, and after considering several enumerated 18 U.S.C. § 3553(a)

1

factors, the court may modify or terminate a term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The court has considered the record and the pleadings on file in this matter and finds that a reduction of the defendant's supervised release term is warranted by the defendant's conduct and in the interest of justice. Accordingly, the motion to modify supervised release (ECF No. 40) is GRANTED. The defendant's term of supervised release is hereby MODIFIED to a term of fifteen years.

IT IS SO ORDERED.

DATED: This 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE